UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CODY S. HOWARD                                                                              PLAINTIFF
#79081

V.                                    No. 4:23-CV-192-LPR-JTR

BRUNER, Officer,
Pulaski County Jail                                                                          DEFENDANT

## ORDER

On January 6, 2023, Plaintiff Cody S. Howard ("Howard"), a pretrial detainee in the Pulaski County Detention Facility ("PCDF"), filed a § 1983 Complaint alleging that Defendant "Officer Bruner" violated his constitutional rights in November 2022 by spraying him in the eye with mace "without proper cause." *Howard v. Bruner*, No. 4:23-CV-20-LPR (Jan. 6, 2023) ("*Howard I*"). That Complaint was dismissed, without prejudice, because Howard failed to comply with the Court's Order to file a properly completed Motion to Proceed *In Forma Pauperis* ("IFP Motion"). *Howard I*, Docs. 8, 9.

On March 9, 2023, Howard filed another Complaint bringing the exact same excessive force claim against Officer Bruner. *Howard I, Doc. 13*. That Complaint was filed as a new § 1983 action, which is currently before the Court: *Howard v. Bruner*, No. 4:23-CV-192-LPR-JTR (*"Howard II"*).

Since March 9, all new filings by Howard related to the November 2022 excessive force incident have been docketed in *Howard II*. Among those filings are several IFP Motions that do not contain a certificate of inmate trust account and calculation sheet ("Calculation Sheet") *signed by an authorized detention facility official*.[1] Howard represents to the Court that he has tried several times to obtain the appropriate documentation, but detention facility officials still have not provided him with a completed Calculation Sheet. *See e.g., Doc. 1 at 4; Doc. 2; Doc. 9*. Accordingly, the Court will ask the Pulaski County Jail Administrator to complete the Calculation Sheet and return it directly to the Court.

Additionally, because this case involves a use of force, the Court will direct the PCDF to preserve any video or photographic evidence related to the November 2022 incident.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to mail a copy of this Order and a Calculation Sheet to the Jail Administrator, Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, Arkansas 72204.

---

[1] *See* 28 U.S.C. § 1915(a)(2) (requiring prisoners who seek to proceed *in forma pauperis* to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint...*obtained from the appropriate official*") (emphasis added).

2.	The Jail Administrator is directed to have an authorized PCDF official complete and sign the Calculation Sheet and return it to the Clerk **on or before April 6, 2023.**

3.	The Jail Administrator is further directed to immediately take all necessary steps to preserve any video recordings of the November 2022 incident and any photographs that may have been taken of Plaintiff's injuries. If necessary, the Court will ask that these videos and photographs be filed with the Clerk's office at a later date.

IT IS SO ORDERED this 23rd day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE